**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **NICHOLAS E. FRENS,** § § | |
| Plaintiff § § | Case No. 1:16-cv-01277 |
| -v- § § | Hon. Gordon J. Quist |
| **CONVERGENT OUTSOURCING, INC.** § § | |
| Defendant. § | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files Notice of Dismissal, to dismiss this lawsuit, with prejudice.

Dated: December 21, 2016          __/s/_ Jeffrey D. Mapes_____
                                  Jeffrey D. Mapes (P70509)
                                  Attorney for Plaintiff
                                  Jeffrey D. Mapes, PLC
                                  29 Pearl St. NW, Ste. 305
                                  Grand Rapids, MI 49503
                                  Tel: (616) 719-3847
                                  Fax: (616) 719-3857